**Robert J. WILSON, Regional Director of the Eighteenth Region of the National Labor Relations Board for and on behalf of the National Labor Relations Board, Appellant,**

**v.**

**HART SKI MANUFACTURING CO., INC., Appellee.**

**No. 79–1643.**

United States Court of Appeals, Eighth Circuit.

March 21, 1980.

## JUDGMENT

The motion of the National Labor Relations Board to dismiss this cause on appeal for mootness is hereby granted. The appeal is dismissed, and the cause is remanded to the United States District Court for the District of Minnesota with instructions to vacate its order and decision of July 16, 1979, 472 F.Supp. 484, which denied injunctive relief.